1  Ryan Lee Esq. (SBN: 235879)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Ste. 405
   Los Angeles, CA 90025
3  rlee@consumerlawcenter.com
   T: (323) 988-2400
4  F: (866) 861-1390
   Attorney for Plaintiff
5  GINA BECERRA

6
                    **UNITED STATES DISTRICT COURT,**
7                  **CENTRAL DISTRICT OF CALIFORNIA,**
                        **RIVERSIDE DIVISION**
8

9  GINA BECERRA,                          **Case No.: 5:14-cv-01082-RGK-MAN**

10          Plaintiff,
11       vs.                              NOTICE OF SETTLEMENT

12  WELLS FARGO BANK, N.A,

13          Defendant.

14

15          NOW COMES the Plaintiff, GINA BECERRA, by and through the undersigned

16  counsel and hereby informs the court that a settlement of the present matter has been reached and

17  is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the

18  next 60 days.

19          Plaintiff therefore requests that this honorable court vacate all dates currently set on

20  calendar for the present matter.

21                              Respectfully Submitted,

22

23  Dated: 09/18/2014              KROHN & MOSS LTD

24                                 /s/ Ryan Lee
                                   Ryan Lee, Esq.
25                                 Attorney for Plaintiff,
                                   GINA BECERRA
26

27

28
                                        1
                          _____
                              NOTICE OF SETTLEMENT

1

## CERTIFICATE OF SERVICE

2

   I hereby certify that on September 18, 2014, I electronically filed the foregoing Notice of

3

Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on

4

September 18, 2014, I served all counsel of record with a copy of this document by way of the

5

CM/ECF system.

6

7

8

9

10

   By:   /s/ Ryan Lee
         Ryan Lee, Esq.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SETTLEMENT