Ryan Lee Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Ste. 405
Los Angeles, CA 90025
rlee@consumerlawcenter.com
T: (323) 988-2400
F: (866) 861-1390
Attorney for Plaintiff
GINA BECERRA

**UNITED STATES DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA,
RIVERSIDE DIVISION**

| | |
|---|---|
| GINA BECERRA,<br><br>        Plaintiff,<br>   vs.<br><br>WELLS FARGO BANK, N.A,<br><br>        Defendant. | **Case No.: 5:14-cv-01082-RGK-MAN**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, GINA BECERRA, against Defendant, WELLS FARGO BANK, N.A, in the above-captioned proceeding are hereby dismissed, with prejudice.

Dated: 11/10/2014            KROHN & MOSS LTD

                             /s/ Ryan Lee
                             Ryan Lee, Esq.
                             Attorney for Plaintiff,
                             GINA BECERRA

Dated: 11/10/2014            SEVERSON & WERSON

                             /s/ An Le
                             An Le, Esq.
                             Attorney for Defendant,
                             WELLS FARGO BANK, N.A

1